# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARA E. ACHENBACH,<br>            Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br>            Defendant. | CIVIL ACTION<br><br><br><br>NO. 17-534 |

## ORDER

**AND NOW**, this 22nd day of October, 2018, upon consideration of Defendant's Motion to Dismiss and support thereof (ECF Nos. 7, 13, 29) and Plaintiff's opposition thereto (ECF Nos. 10, 16, 30), **IT IS ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Defendant's Motion to Dismiss Count One (Breach of Contract) is **GRANTED**. Count One is **DISMISSED WITH PREJUDICE**.

2. Defendant's Motion to Dismiss Count Two (Bad Faith) is **GRANTED**. Count Two is **DISMISSED WITH PREJUDICE**.

3. Defendant's Motion to Dismiss Count Three (Promissory Estoppel) is **DENIED**.

                                                     **BY THE COURT:**

                                                     /s/Wendy Beetlestone, J.

                                                   _____

                                                 **WENDY BEETLESTONE, J.**